1  LYNN S. CARMAN, State Bar 028860
   Medicaid Defense Fund
2  28 Newport Landing Dr.
   Novato, CA 94949-8214
3  Telephone: (415) 927-4023
   Facsimile : (415) 499-1687
4  Email:     lynnscarman@hotmail.com

5  STANLEY L. FRIEDMAN, State Bar 120551
   445 S. Figueora St., 27th Floor
6  Los Angeles, CA  90071-1631
   Telephone: (213) 629-1500
7  Facsimile : (213) 489-6899
   Email:     friedman@friedmanlaw.org
8
   JESSIE M. SANDOVAL, State Bar 256757
9  601 Van Ness Ave., Suite E3-140
   San Francisco, CA 94102
10 Telephone: (415) 595-0763
   Facsimile: (510) 528-3381
11 Email: sandovaljm@aol.com
   Attorneys for Plaintiffs The Gray Panthers of San Francisco;
12 Mark Beckwith; California Foundation for Independent Living
   Centers; Independent Living Center of Southern California,
13 Inc.; LifeLong Medical Care; and Margaret Dowling

14            **IN THE UNITED STATES DISTRICT COURT**

15     **FOR THE NORTHERN  DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16  The Gray Panthers of San Francisco; Mark Beckwith; California Foundation for Independent Living Centers; | No. C 09-2307 PJH |
| 17  Independent Living Center of Southern California, Inc.; LifeLong Medical Care; and Margaret Dowling | Courtroom:   5  Hon. Phyllis J. Hamilton |
| 18                             Plaintiffs, -vs.- | |
| 19  ARNOLD SCHWARZENEGGER, Governor of State of California; KIM BELSHE, Health and Human Services | **STIPULATION AND ORDER RE SEPT. 17, 2009 CMC** |
| 20  Agency of the State Hamilton of California; DAVID MAXWELL-JOLLY, Director of Department of Health | |
| 21  Care Services State of California; JOHN CHIANG, Controller of State of California; BILL LOCKYER, | |
| 22  Treasurer of State of California; and MICHAEL E. GENEST, Director of Finance of the State | |
| 23  of California, | |
|                             Defendants.              / | |

24  _____
               STIPULATION AND ORDER RE SEPT. 17, 2009 CMC

1  The parties, through their attorneys of record, hereby stipulate and agree as follows:

2  1. The court has scheduled a Case Management Conference for September 17, 2009 in the above-captioned case.

3  2. The parties agree that the Case Management Conference should be continued in light of the following:

   a. At the August 19, 2009 hearing on plaintiffs' motion for preliminary injunction and defendant Maxwell-Jolly's motion to dismiss, the Court stayed the parties' discovery obligations under Rule 26.

   b. On August 19, 2009 and September 1, 2009, the court entered orders (1) denying plaintiffs' motion for preliminary injunction; (2) granting defendant Maxwell-Jolly's motion to dismiss the complaint under Federal Rule 12(b)(6), and (3) granting defendants Schwarzenegger's and Lockyer's motion to dismiss under Federal Rule 12(b)(1).

   c. On September 1, 2009, plaintiffs appealed the court's orders denying plaintiffs' motion for preliminary injunction and granting defendant Maxwell-Jolly's motion to dismiss the complaint under Federal Rule 12(b)(6). Plaintiffs may also appeal dismissal of defendants Schwarzenegger and Lockyer under Federal Rule 12(b)(1).

//
//
//

3. Accordingly, the parties agree that the CMC hearing currently scheduled for September 17, 2009 should be continued during the pendency of the appellate proceedings.

LYNN S. CARMAN
STANLEY L. FRIEDMAN
JESSIE M. SANDOVAL

By:       /s/
   Attorneys for Plaintiffs


EDMUND G. BROWN
Attorney General for the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General

By:       /s/
   Attorneys for Defendants ARNOLD
   SCHWARZENEGGER, Governor of
   State of California; DAVID
   MAXWELL-JOLLY, Director of
   Department of Health Care Services State
   of California; BILL LOCKYER, Treasurer
   of State of California; and MICHAEL E.
   GENEST, Director of Finance of the State
   of California

EDMUND G. BROWN
Attorney General for the State of California
DANIEL POWELL
Deputy Attorney General

By:       /s/
   Attorneys for Defendant JOHN CHIANG,
   Controller of State of California

//

//

//

3. Accordingly, the parties agree that the CMC hearing currently scheduled for September 17, 2009 should be continued during the pendency of the appellate proceedings.

LYNN S. CARMAN
STANLEY L. FRIEDMAN
JESSIE M. SANDOVAL

By:       /s/
   Attorneys for Plaintiffs


EDMUND G. BROWN
Attorney General for the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General

By:       /s/
   Attorneys for Defendants ARNOLD
   SCHWARZENEGGER, Governor of
   State of California; DAVID
   MAXWELL-JOLLY, Director of
   Department of Health Care Services State
   of California; BILL LOCKYER, Treasurer
   of State of California; and MICHAEL E.
   GENEST, Director of Finance of the State
   of California

EDMUND G. BROWN
Attorney General for the State of California
DANIEL POWELL
Deputy Attorney General

By:       /s/
   Attorneys for Defendant JOHN CHIANG,
   Controller of State of California

//

//

//

**[~~PROPOSED~~] ORDER**

Upon reviewing the Stipulation entered into by and between plaintiffs and defendants, and good cause appearing therefore, it is hereby ORDERED that the Case Management Conference scheduled for September 17, 2009 be continued pending resolution of plaintiffs' appeals of the orders previously entered in this case. The parties are directed to contact the court once the appeals are resolved to schedule a date for the Case Management Conference if appropriate.

IT IS SO ORDERED.

Dated: 9/10/09 _____



_____
United States District Judge